IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| ALGANESH REDA, INDIVIDUALLY AND D/B/A U AND I FOOD MART<br>PLAINTIFFS<br><br>V.<br><br>PEERLESS INDEMNITY INSURANCE COMPANY, MONTGOMERY INSURANCE COMPANY AND LIBERTY MUTUAL GROUP<br>DEFENDANTS | )<br>)<br>)<br>)<br>) Case No. 3:10-cv-01103<br>) US District Judge Nixon<br>) US Magistrate Judge Knowles<br>) JURY DEMAND<br>)<br>) |

### MOTION TO CONTINUE CASE SET FOR TRIAL

Come now the Plaintiffs, by and through the undersigned and move this court for an order continuing the case set for trial on the 27tth day of March, 2012 to another date designated by the court. In support of the motion, the parties would show that the case is complex and that discovery has not been completed. Further, the Plaintiffs would respectfully state that neither party will be prejudiced by the continuance and that the Defendants are in agreement and offer no objection to the motion.

*[Handwritten: Granted. Re-set for August 28, 2012 at 9:00 a.m. Pretrial conference set August 17, 2012 at 10:00 a.m.]*

Respectfully Submitted,

/s Kathy A. Leslie
Kathy A. Leslie #013587
Sister In Law Legal Firm
202 Point East Drive
Nashville, Tennessee 37216
Phone: 1.888.598.0009
Efax: 615.216.4802
*Attorney for Plaintiffs*