# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| ALGANESH REDA d/b/a U AND I FOOD MART, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Docket No. 3:10-cv-01103 |
| | ) | |
| v. | ) | |
| | ) | |
| PEERLESS INDEMNITY INSURANCE, | ) | Judge Nixon |
| MONTGOMERY INSURANCE COMPANY, | ) | |
| LIBERTY MUTUAL GROUP, | ) | Magistrate Judge Knowles |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SETTLEMENT

Defendants Peerless Indemnity Insurance, Montgomery Insurance Company and Liberty Mutual Group, Inc., incorrectly named as Liberty Mutual Group, and Plaintiff Alganesh Reda d/b/a U and I Food Mart, pursuant to Fed. R. Civ. P. 41, hereby give notice that they have settled this matter and request entry of the attached Agreed Order of Dismissal.

Respectfully submitted,

/s/ John R. Wingo
John R. Wingo (BPR No. 16955)
Kevin P. Hartley (BPR No. 29199)
STITES & HARBISON, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
Phone: (615) 782-2263     Fax: (615) 742-4106
E-mail: john.wingo@stites.com
*Counsel for Defendants*


/s/ Kathy A. Leslie (w/ permission)
Kathy A. Leslie (BPR No. 13587)
Sister In Law Legal
202 Point East Drive
Nashville, TN 37216
Phone: 1 (888) 598-0009
E-mail: sisterinlawlegal@gmail.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2013, the foregoing *Notice of Settlement* was served by ECF upon: Kathy Ann Leslie, Sister In Law Legal Firm, 202 Point East Drive, Nashville, Tennessee 37216.

/s/ John R. Wingo