IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALGANESH REDA d/b/a U AND I FOOD MART, <br><br> Plaintiff, <br><br> v. <br><br> PEERLESS INDEMNITY INSURANCE, MONTGOMERY INSURANCE COMPANY, LIBERTY MUTUAL GROUP, <br><br> Defendants. | Docket No. 3:10-cv-01103 <br><br> Judge Nixon <br><br> Magistrate Judge Knowles |

## AGREED ORDER OF DISMISSAL

By agreement of the parties, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** and **ADJUDGED** that all claims between Alganesh Reda d/b/a U and I Food Mart and Peerless Indemnity Insurance, Montgomery Insurance Company and Liberty Mutual Group, Inc., incorrectly named as Liberty Mutual Group, in this action are hereby dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

Entered this _____ day of _____, 2013.

_____
United States District Judge

THIS AGREED ORDER OF DISMISSAL BETWEEN ALGANESH REDA D/B/A U AND I FOOD MART AND PEERLESS INDEMNITY INSURANCE, MONTGOMERY INSURANCE COMPANY AND LIBERTY MUTUAL GROUP, INC., INCORRECTLY NAMED AS LIBERTY MUTUAL GROUP HAVING BEEN SEEN AND AGREED TO; TO BE ENTERED:

Dated: March 6, 2013          Respectfully submitted,

/s/ John R. Wingo
John R. Wingo (BPR No. 16955)
Kevin P. Hartley (BPR No. 29199)
STITES & HARBISON, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
Phone: (615) 782-2263     Fax: (615) 742-4106
E-mail: john.wingo@stites.com
*Counsel for Defendants*

/s/ Kathy A. Leslie (w/ permission)
Kathy A. Leslie (BPR No. 13587)
Sister In Law Legal
202 Point East Drive
Nashville, TN 37216
Phone: 1 (888) 598-0009
E-mail: sisterinlawlegal@gmail.com
*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2013, the foregoing *Agreed Order of Dismissal* was served by ECF upon: Kathy Ann Leslie, Sister In Law Legal Firm, 202 Point East Drive, Nashville, Tennessee 37216.

/s/ John R. Wingo