IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALGANESH REDA, individually and d/b/a U AND I FOOD MART,<br><br>    Plaintiffs,<br><br>v.<br><br>PEERLESS INDEMNITY INSURANCE, MONTGOMERY INSURANCE COMPANY, and LIBERTY MUTUAL GROUP, INC.,<br><br>    Defendants. | No. 3:10-cv-01103<br><br>Judge Nixon<br>Magistrate Judge Knowles<br><br>JURY DEMAND |

## ORDER

Pending before the Court is a Notice of Settlement (Doc. No. 44) and Agreed Order of Dismissal (Doc. No. 44-1), filed by the parties to this case. The parties state that they have settled this matter. (Doc. No. 44.) As a result, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED with prejudice**, with each party to bear its own attorneys fees and discretionary costs. The Court **DIRECTS** the Clerk to close the case. Further, the two other motions still pending in this case (Doc. Nos. 22 and 33) are **TERMINATED AS MOOT**.

    It is so ORDERED.

    Entered this 11th day of March, 2013.

 

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT